**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Haywood WILLIAMS, Jr., Defendant—
Appellant.**

No. 04–6431.

United States Court of Appeals,
Fourth Circuit.

Submitted June 24, 2004.

Decided July 1, 2004.

Haywood Williams, Jr., Appellant pro se.

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Haywood Williams, Jr., appeals the district court's order denying his motion filed under former Fed.R.Crim.P. 35(a). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Williams,* Nos. CR–80–14–N; CR–79–25–N (E.D.Va. Dec. 17, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*